**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**YVETTE TURNER**                                                    **PLAINTIFF**

**VS.**                                                **CIVIL ACTION NO. 3:04CV623LN**

**JACKSON STATE UNIVERSITY
and WILLIE BROWN**                                              **DEFENDANTS**

## ORDER

This matter came before the court on the Defendant's Jackson State University's Motion for Entension of Time in which to file a dispositive motion in this matter.  Defendant Willie Brown has moved, *ore tenus*, for the same extension.  The Court, having considered the same, finds that the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that the Defendant Jackson State University's Motion for Enlargement of Time and Defendant Willie Brown's *ore tenus* Motion for Enlargement of Time are hereby **granted**.  The Defendants shall have an additional sixteen (16) days, or until February 1, 2006, in which to file their dispositive motions.

IT IS SO ORDERED, this the 12th day of January, 2006.

                                                             S/Alfred G. Nicols, Jr.
                                               UNITED STATES MAGISTRATE JUDGE