IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**YVETTE TURNER**                                                                           **PLAINTIFF**

**VS.**                                  **CIVIL ACTION NO. 3:04CV623LN**

**JACKSON STATE UNIVERSITY**
**and WILLIE BROWN**                                                         **DEFENDANTS**

## ORDER

This matter came before the court on a *sua sponte* review of the docket, which revealed that pleadings have been filed under seal, although there is no order in this matter permitting the parties to do so. Unif. Local R. 83.6 requires a party seeking to file a pleading under seal to first obtain an order permitting such filing. This Rule applies even where the information sought to be protected belongs to one of the categories enumerated in Unif. Local R. 8.1. The parties will, therefore, be given a short time period within which to submit an Order seeking permission to file these documents as sealed; otherwise, the filings will be removed from the docket.

IT IS, THEREFORE, ORDERED that the parties have until Tuesday, January 24, 2006, within which to submit a motion seeking permission to file pleadings under seal. If such motions are not received, the pleadings that have been so filed will be removed from the docket.

IT IS SO ORDERED, this the 17th day of January, 2006.

                                                                S/Alfred G. Nicols, Jr.
                                             UNITED STATES MAGISTRATE JUDGE